# UNITED STATES DISTRICT COURT

for the

Western District of New York

Western Division

)
)                  Case No.  26 CV 84-S
Michael A. Harris                )
_____   )              _____
Plaintiff(s)                     )              (to be filled in by the Clerk's Office)
(Write the full name of each plaintiff who is filing this complaint.   )
If the names of all the plaintiffs cannot fit in the space above,   )
please write "see attached" in the space and attach an additional   )   Jury Trial:  (check one)  ☒ Yes  ☐ No
page with the full list of names.) Roswell Cancer Treatment Center   )
Erie County Sheriff Jail Management/   )
Erie County Sheriff John Garcia   )
Erie County Corrections of Health/   )
Deputy Superintendant-Sandra   )
_____Amoia   )
Defendant(s)                    )
(Write the full name of each defendant who is being sued. If the   )
names of all the defendants cannot fit in the space above, please   )
write "see attached" in the space and attach an additional page   )
with the full list of names.)    )

**COMPLAINT FOR A CIVIL CASE**

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael A. Harris |
| Street Address | 135 State Street |
| City and County | Auburn, Cayuga |
| State and Zip Code | New York 13024 |
| Telephone Number | (315) 253-8401 |
| E-mail Address | n/A |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: ERie CouNtY SheriFF JAil MANAgement

Job or Title (if known)

Street Address: 40 DelAwARe AveNue

City and County: BuFFAlo / ERie CouNtY

State and Zip Code: New YoRK / 14202

Telephone Number: 716-858-7618

E-mail Address (if known)

**Defendant No. 2**

Name: ERie CouNtY SheRiFF - JohN GARCiA

Job or Title (if known)

Street Address: 10 DelAwARe Ave

City and County: BuFFAlo / ERie CouNtY

State and Zip Code: New YoRK

Telephone Number: 716-858-7608

E-mail Address (if known)

**Defendant No. 3**

Name: ERie CouNtY CoRRectiONs of Health

Job or Title (if known)

Street Address: 10 DelAwARe AveNue

City and County: BuFFAlo, 14201 / ERie CouNty

State and Zip Code: New YoRK / 14202

Telephone Number: 716-937-9101

E-mail Address (if known)

**Defendant No. 4**

Name: DepuTY SupeRiNtendant - SANdRA AmoiN

Job or Title (if known)

Street Address: 10 DelAwARe AveNue

City and County: BuFFAlo / ERie CouNtY

State and Zip Code: New YoRK / 14201

Telephone Number: 716-858-7618

E-mail Address (if known)

5.) DEFENDANT #5

NAME: Roswell Cancer Research Center

JOB OR TITLE: (IF KNOWN) - Urology/Radiation Department

Street Address: 665 Elm Street

City And County: Buffalo/Erie County

State And zip code: New York/14203

Telephone Number: 716-845-3159

Email Address (if Known)-

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Neglect, U.S.C.A. # VIII, XIV section 1 And N.Y. State Law

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* Michael A. Harris , is a citizen of the
    State of *(name)* New York .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated
    under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)*
    _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* Erie County Correction of Health is a citizen of
    the State of *(name)* New York . Or is a citizen of
    *(foreign nation)* _____

  b.    If the defendant is a corporation

  The defendant, *(name)* Erie County Correction of Health , is incorporated under

  the laws of the State of *(name)* New York , and has its

  principal place of business in the State of *(name)* New York

  Or is incorporated under the laws of *(foreign nation)*

  and has its principal place of business in *(name)*

  #5 - See Attached : Continue page 4

  *(If more than one defendant is named in the complaint, attach an additional page providing the
  same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$200,000,600

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please Refer to Exhibit #1

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Please Refer to Exhibit #2

CONTINUE PAGE 4

b 2.) IF the defendant is A CORPORATION, the defendant, (NAME) ERie County Sheriff: John GARCiA is INCORPORATED under the law of the State of (NAME) NewYork, and hAs its PRINCIPAL place of business in the State of (NAME) NewYork

3.) IF the defendant is A CORPORATION the defendant, (NAME) Roswell CANCER ReseARCh Center, is incorporated under the law of the State of (NAME) New York, and hAs its pRINCIPAL place of business in the State of (NAME) New York

4.) IF the deFendANt is A corporation the defendANt, (NAME) ERie CoLNTY Deputy SaperINtendANt, is INcorporated under the laws of the State of (NAME) New YORk, and has its principal place of business in the State of (NAME) New York

5.) IF the defendANt is A CORPORATION, the defendant, (NAME) ERie county Jail MANAgement, is incorporated under the laws of the State of (NAME) New York, and has its principal place of business in the State of (NAME)

Exhibit # 1

# STATEMENT OF CLAIM

2. Erie County Sheriff Jail Management Division/ Erie County Sheriff-John Garcia

A.) Since July 7, 2024, I Michael A. Harris, have been neglected proper medical care towards my cancer and John Garcia did not properly handle the situation with the sheriff's transporting me to get me to scheduled appointments on time, resulting in my appointments being cancelled, a new appointment is made or re-scheduled until a few months after and this happened 4/5 consecutive times. And till this present day, sheriff in charge John Garcia, is not approving or overseeing my proper medical care properly and insuring that the deputies under his administration perform their duties under the law correctly, and by ignoring my conditions and failing to give me proper treatment, monitoring results, i missed 4/5 consecutive appointments resulting in an increase in my PSA reading to a dangerous count level.

B.) Erie County Correction of Health/ Deputy Superintendant-Sandra Amioa

Since July 7, 2024, she is not properly continuing my medical care to treat my cancer that I was recieving before I was incarcerated. They are not performing their duties and by ignoring my request, or compliants has worstened my condition of cancer and failing to have my treatments and monitoring my cancer, resulted in an increase of my PSA to get to dangerous levels.

C.) Erie County Correctional Facility has violated correction law 607- Double bunking, which has added to my anxiety, claustrophobia, my fear of contracting a disease from another person, as my immune system has weakened due to cancer and my PSA rising to dangerous levels, making me feelas if I'm in a coffin, adding fear to my already stressful situation as I deal with my cancer treatment.

D.) Erie County holding Center in Buffalo, N.Y. 14202; 40 Delaware Avenue- I have been witing for treatment for my back, when cancer complications arosed. The back problems I have been having since 2023 occurred form a car accident, has gotten worse from the following:

1. Little to none support from the bed

2. Lack of medical care

3. Having to walk on hard concrete floors, forced to sit on hard metal chairs and hard plastic with no cushion and no support of the back.

4. Being forced to wear non-supportive shoes

5. My back is deteriating, to the point I have to use a cane in order to walk. Without proper treatment, it is only a matter od time I will lose the ability to walk

1

Exhibit # 1

## IV. Statement of Claims

D. In June 2025, treatment has begun for Michael A. Harris at Roswell Cancer Research Center because my PSA level has esculated to life threathening, stage 3 or possible stage 4, due to missed appointments 4/5 times between the two facilities that I was detained at.

My treatment consist of devastating radiation, not only attacking cancer cells but healthy cells as well, causing damage to my bone structure, weakening my ability to move around and walk, causing organ and tissue damage resulting in bleeding in my stool. i am so stressed out and overwhelmed with unbearable pain and pressured with all the different option I do on a daily basis

Sometime in June 2025, Nurse practioneer at Erie County Correction Facility wanted to discuss a sickcall slip that ended up with me leaving with a cane to support me from falling and allowing me to walk properly because of excruciating pain in my lower back.

On 8-12-2025, I had an appointment with the Head Nurse in the Urology Department at Roswell Cancer Research Center. After my evaluation appointment, she had a discussion and questions with her staff about certain procedures that were not conducted properly. Before she left she requested that Erie County Correction Facility Medical Department fill the prescription for my ongoing bone decaying. Erie County Correction Facility has taken 14 days before filling this prescription.

Also, as my appointment was ending with the Head Nurse in the Urology dept., in violation of Hippa Laws, one of the deputies sheriff's transporting me, name S.Rogers- Badge #4062, also has a tattoe-" Ronald Williams" on his right forearm, knowingly and intentionally recorded with his body cam, all of my private and personal conversation with the head Nurse at the urology dept. that was priviledge and confidential information for me and me alone. Under Federal and N.Y. State Hippa laws, the Sheriff under direction of his superior, broke and violated these laws

In September 2025, I was told by the Nurse & Practioner at the erie County Correctional Facility at 11581 Walden Avenue; Alden, N.Y. 14004, that Roswell cancer institution was going to have an appointment this month to correct any issues that the technicians at roswell performed during the time radiation was performed when my cancer came back from the neglect that Erie county Jail Management had done when appoints were missed that allowed my prostate cancer to come back at dangerous levels. The head nurse in the Urology department at the Roswell Cancer Reseach Center at 665 Elm Street in Buffalo N.Y. 14203 was trying to correct the mistake from the staffing department in the radiation department when they permitted to have radiation done when they knew that the laser rays from the treatment could cause bodily harm and continued to have treatments destroying good cells, when they did not know where the tumor was located

3.)                    Started July 7, 2024 and still ongoing

A. Erie County Jail Management Division/Erie County Sheriff John Garcia- Since July 7,2024  and ongoing at Erie County Holding Center-40 Delaware Avenue- Buffalo N.Y. 14202 and Erie County Correction Facility 11581 Walden Avenue- Alden,N.Y. 14004

B. Erie County Correction of Health/Deputy Superintendant-Sandra Amioa- Since July 7, 2024 and still ongoing at the Erie County Holding Center- 40 Delaware Avenue, Buffalo, N.Y. 14202 and Erie County Correction Facility 11581 Walden Avenue, Alden, N.Y. 14004

1

Exhibit 2

## INJURIES

The cancer has begun to deterriate my muscle tissue, I have extreme weight loss, diminishing appetite and extreme fatigue many times out the day, often feeling sick and nausea, to the point I'm about to vomit and or passout.

Constantly being constipated, forcing me to have to take unhealthy diarrhea pills, pain killers, and new and unseen health issues always arising weekly, causing more anxiety and depression.

The radiation is beginning to change the texture and color of my skin, depleting my entire body of any nutrients. This facility is not providing proper supplements to counteract the debilitating pain and destructive nature of tghe radiation treatment i am recieving. My pain is increasing and my bones are getting more weaker as I am hearing popping of my bones on every movement that I make. My physical activities are gone as my condition makes it harder to walk and sleep with having to perform physical theraphy on myself taht I try and do also on a daily basis with little to none success.

Now that i have finally begun treatment, I need nutritional supplements to counteract the harmful radiation. I need better foods of higher quality with nutritional value. And whatever other relief the court in it's wisdom see fit to grant. Without proper treatment, it is only a matter of time, i will lose the ability to walk.

Debilitating pain on a scale of 1-10, 90% of the time, the pain is a 10. The pain flows up and down my right leg. At times, rendering my legs useless, forcing me to winx in pain, causing me to walk haunched and bent over. I am only able to walk with a cane to stabilize myself to walk without falling.

1

## V. INJURIES

A. My injuries is a rise in my PSA to dangerous levels, resulting in stability in my cancer, causing emotional stress, anxiety, depression, lack of sleep and no appetite.

b I need to recieve regular and frequent cancer treatments, monitoring and physical therapy from roswell cancer center. these treatments I have not recieved on time from scheduled appointments since I have been incarcerated from July 7, 2024 until the present

SIGNED: _Michael A. Harris_

Michael A. harris

11581 Walden Avenue

Alden, N.Y. 14004

C. Erie County Correctional Facility has violated Correction Law 607 - Double Bunking which has added to my anxiety, claustrophobia, my fear of contracting a disease from another person, as my immune system has weakened due to cancer and P.S.A. Rising to dangerous levels, making me feel as if I'm in a coffin, adding fear to my already stressful situation, as I deal with my cancer treatment.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK

COUNTY OF ERIE

CITY OF BUFFALO

I, Michael A. Harris , being duly sworn, depose and say that I have this
17 day of October, 2025, forward via the United States Postal Service
copies of the following:

(1) Erie County Sheriff Jail Management/
Erie County Sheriff- John Garcia
10 Delaware Avenue; Buffalo, N.Y. 14202

(2.) Deputy Superintendent - Sandra
Amiga/ Erie county Corrections of Health
10 Delaware Avenue; Buffalo, N.Y. 14202

(3) Roswell Cancer Research Center
665 Elm St; Buffalo, N.Y. 14203

Sworn to me this
17th Day of October, 2025

_____
Commissioner of Deeds/Notary

_____
Defendant

RONALD DOLYK
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20 26

RELIEF Exhibit #2

A. 200,000,000 DOLLARS CASH IS MY AMOUNT . HOW DO YOU PUT A PRICE ON A LIFE THREATHENING DISEASE IN CANCER?

B. I would like the Erie County Correctional Facility to give me my cancer treatment and all the things to go with it so that my recovery will be as it should be, as if i was going to treatments on my own.

C. I would like the Erie County Sheriff John Garcia to do a better job overseeing that the deputies doesn't let this happen to someone else, neglecting their care.

D. Sandra Amoia, to look at medical records and ensure people are being taken care of properly so that their condition doesn't get worse.

E. I have been bleeding in my stomach area and I would like Roswell Cancer Research Center to do a better job communicating and overseeing that each person is treated equally. When my cancer esculated, Roswell staff treated me poorly, I believe due to me being an incarcerated individual. I believe my injuries and complications could have been treated better if staff did not violate me for my appearance when i was escorted by 2 law offiocials. I was also laid down for treatment and treated as a guinnea pig as technicians did not know where the tumor was, but still continued to treat me for 36 sessions which damaged my body and destroyed good cells that I will need to continue my fight against cancer and immune diseases.

Case 1:26-cv-00084-JLS    Document 1    Filed 01/14/26    Page 14 of 17

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    September 25, 2025

Signature of Plaintiff    _Michael A. Harris_

Printed Name of Plaintiff    MICHAEL A. HARRIS

Din # 25 B 3546

### B.        For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

JS 44 (Rev. 08/18)

**26 CV 84**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Harris, Michael, A

**DEFENDANTS** Erie County Jail Management/Erie County Sheriff-John Garcia
2) Correction of Health/Deputy Superintendant Sandra Amoia

**(b)** County of Residence of First Listed Plaintiff  Erie County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Erie County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

3) Roswell Cancer Research Center

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S.C.A. VIII XIV Section 1 42 U.S.C. 1983, N.Y. State Law

Brief description of cause:
Neglect Discrimination Racial Profiling, Excessive Force

**VII. REQUESTED IN COMPLAINT:**
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 200,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions)*:    JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE  JLS    MAG. JUDGE _____

michael A Harris # 25B3595

Auburn Correctional Facility
135 State Street
P.O. Box 618, Zip 13021
Auburn, N.Y. 13024-9000

United Stat
2 Niagra s
Buffalo, I
* Atten - Co

*Retail*


UNITED STATES
POSTAL SERVICE®

14202

RDC 99

US POSTAGE PAID
FCM LG ENV
BUFFALO, NY 14241
JAN 03, 2026

**$4.44**

S2323Y500551-62

USDC - WDNY

JAN 12 2026

BUFFALO

e western district of NY

square

y, 14202

urt clerk officer